# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

A.M.W, by and through D.L.W., as Next Friend, Parent and Natural Guardian, and D.L.W. and R.D.W., Individually

Plaintiffs,

vs.

Walt Disney Parks and Resorts U.S., Inc.,

Defendant.

Case No. 6:14-cv-01919-ACC-GJK

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant Walt Disney Parks and Resorts U.S., Inc., stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims brought by Plaintiffs against Defendant in the above-referenced matter shall be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: October 19, 2022

Respectfully submitted,

*/s/ Andy Dogali*
Andy Dogali, Esq.
Dogali Law Group, P.A.
19321 U.S. Highway 19N, Suite 307
Clearwater, Florida 33764
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
adogali@dogalilaw.com

*Attorneys for Plaintiffs*

/s/ *Jon Michael Philipson*
Jon Michael Philipson
Florida Bar No. 092960
Thomas & LoCicero PL
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
jphilipson@tlolawfirm.com

-and-

Kerry Alan Scanlon
(admitted *pro hac vice*)
Jeremy M. White
(admitted *pro hac vice*)
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8696
Facsimile: (202) 756-8087
kscanlon@mwe.com
jmwhite@mwe.com

*Attorneys for Defendant Walt Disney Parks and Resorts U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

/s/ *Andy Dogali*
Andy Dogali

*Attorney for Plaintiff*